UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>              Plaintiff, )<br>   )<br>       v. )<br>   )<br>KEITH WAYNE CRUM. )<br>   )<br>              Defendant. )<br>   ) | Case No. MJ 08-301<br><br>DETENTION ORDER |

Offense charged:

   Failing to register as a sex offender and update sex offender registration.

Date of Detention Hearing:  July 3, 2008

   The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

   FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

   (1)   Defendant has an extensive criminal history of over 20 convictions including crimes of violence and sex offenses.  His most recent conviction was December 15, 2007 for violation of a protection order, domestic battery and attempted criminal damage to property.

DETENTION ORDER -1

(2) Defendant has two separate convictions for sex offenses. He last registered as a sex offender in the state of Missouri on March 27, 2007. Sometime in the last 12 months, he left the state of Missouri without notifying that state of his new address and without registering in any other state.

(3) Defendant has resided in Washington State for approximately nine months. He has resided at his last known address for three months. That residence is one block from a high school. At the detention hearing, defense counsel proffered Defendant could live with another person that he has known for nine months. Defendant is currently unemployed.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 3rd day of July, 2008.

/s/ BAT
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -2